**Order entered June 9, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01355-CR

### L.D. MILLER, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the Criminal District Court No. 7
### Dallas County, Texas
### Trial Court Cause No. F11-27250-Y

## ORDER

The Court **REINSTATES** the appeal.

On March 27, 2015, we ordered the trial court to make findings regarding whether the trial court intended to grant appellant's motion for new trial. We **ADOPT** the findings that: (1) the Honorable Michael Snipes, former presiding judge of the Criminal District Court No. 7 filed an affidavit stating that he inadvertently granted the motion for new trial; (2) the motion for new trial was not intentionally granted; and (3) the appeal should proceed.

At the time the appeal was abated, the clerk's record had been filed, but the reporter's record was overdue. Sharon Hazlewood had previously filed an extension request on behalf of herself and court reporter Melva Key. Although a thirty-day extension was granted to file the record, to date, neither Ms. Hazlewood nor Ms. Key have filed the reporter's record.

Accordingly, this Court **ORDERS** court reporters Sharon Hazlewood and Melva Key to coordinate to file, by **JULY 15, 2015**, the complete record, including all exhibits admitted into evidence at all hearings. Ms. Hazlewood and Ms. Key should also coordinate with Vearneas Faggett, official court reporter of the Criminal District Court No. 7, to obtain any exhibits retained by the trial court.

We **DIRECT** the Clerk to send copies of this order to the Honorable Elizabeth Frizell, Presiding Judge, Criminal District Court No. 7; Vearneas Faggett, official court reporter, Criminal District Court No. 7; Sharon Hazlewood; Melva Key; and to counsel for all parties.

/s/     LANA MYERS
JUSTICE